IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HONG MANH NGUYEN, | ) | 2:14cv683 |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge David Stewart Cercone/ |
| | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| RIVER CASINO, | ) | Re: ECF No. 21 |
| Defendant. | ) | |

## ORDER

AND NOW, this 19 day of March, 2015, after Plaintiff Hong Manh Nguyen filed an action in the above-captioned case, and after a Motion to Dismiss Amended Complaint was filed by Defendant, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until March 26, 2015, to file written objections thereto, and upon consideration of the objections filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Amended Complaint, ECF No. 21, is GRANTED.

IT IS FURTHER ORDERED that the case is dismissed for lack of subject matter jurisdiction and that the Clerk is to mark the case CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

DS Cercone
David Stewart Cercone
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Hong Manh Nguyen
952 Sleepy Hollow Road
Castle Shannon, PA 15234
(*Via First Class Mail*)

Brian H. Simmons, Esquire
Bridget J. Daley, Esquire
(*Via CM/ECF Electronic Mail*)